LOUISVILLE & NASHVILLE RAILROAD COMPANY *et al. v.* WESTERN UNION TELEGRAPH COMPANY (two cases).

EVANS, P. J. These cases, and that of *Western & Atlantic R. Co. v. Western Union Telegraph Co.*, were argued together, and are controlled by the rulings made in the latter case, this day decided.

*Judgment reversed. All the Justices concur.*

JULY 11, 1912.

Petition for injunction. Before Judge Bell. Fulton superior court. March 18, 1912.

*Joseph B. & Bryan Cumming, Tye, Peeples & Jordan,* and *Charles R. Clark Jr.,* for plaintiffs. *Dorsey, Brewster, Howell & Heyman* and *William H. Barrett,* for defendant.